**Order filed, April 24, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00158-CV
_____

**YUVAL LAPINER, Appellant**

**V.**

**JACKOB MAIMON, MAX PRIDGEON AND MICHELLE R. CINNAMON FLORESHAIM TSUFF AND GOODRICH GLOBAL LTDISRAMCO, INC,**
**Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-34535**

## ORDER

The reporter's record in this case was due **April 11, 2012**, 2012. *See* Tex. R. App. P. 35.1. On April 17, 2012, this court ordered the court reporter to file the record on or before May 17, 2012. To date, the record has not been filed with the court. Because the reporter's record will not be filed within the time prescribed in the first order, the court **GRANTS** your request and issues the following order.

We order **Gina Wilburn**, the official court reporter, to file the record in this appeal **on or before May 30, 2012. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Wilburn** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM